**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-CV-27366-WILLIAMS/LOUIS**

KARLA RIVERA CONTRERAS, )
)
Plaintiff, )
)
v. )
)
DUTY FREE AMERICAS, INC. )
)
Defendant. )
____________________________________)

**DEFENDANT'S REMOVAL STATUS REPORT**

Defendant DUTY FREE AMERICAS, INC. ("***DFA***"), by and through its undersigned counsel, and pursuant to the Court's Order of Referral and Notice of Court Practices and Procedures in Removal Cases (D.E. 4), hereby files its Removal Status Report as follows:

**1. A plain statement of the nature of the claim and any counterclaim, crossclaim, or third-party claim made in federal or state court, including the amount of damages claimed and any other relief sought**

This is an action filed by Plaintiff against DFA asserting claims relating to her employment and termination of employment with DFA. Specifically, Plaintiff has brought four causes of action against DFA under Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e, et seq. and the Florida Civil Rights Act (Fla. Stat. §§ 760.01, et seq.). Plaintiff claims that she was subjected to sexual harassment/hostile work environment during her employment with DFA, and that she was terminated in retaliation for complaining about such alleged sexual harassment/hostile work environment. DFA denies all of Plaintiff's allegations and has asserted seven affirmative defenses. *See* D.E. 3. There are no counterclaims, crossclaims or third-party claims.

**2. A plain statement of the grounds for removal and a list of all parties to the action, including parties to any third-party claim**

The only parties to this action are the Plaintiff KARLA RIVERA CONTRERAS and Defendant DUTY FREE AMERICAS, INC. This action was timely removed on the grounds of Federal Question as two of the four causes of action alleged by Plaintiff arise under the laws of the United States, specifically Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e, et seq. The remaining two causes of action do not arise under federal law, but they are within the Court's supplemental jurisdiction under 28 U.S.C. § 1367 because those claims are related to the federal claims.

**3. A list of all pending motions**

There are no pending motions.

**4. A brief statement by each Defendant, explaining whether each has joined the Notice of Removal**

The only Defendant in this action is DFA (the Removing Party).

**5. A statement regarding whether the Defendant has removed the action within thirty (30) days after Defendant's receipt of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based**

DFA first received a copy of Plaintiff's Complaint on September 29, 2026, and removed the action 20 days later, on October 19, 2026. Accordingly, DFA's removal was timely.

Dated this 6th day of November, 2026

*_/s/ Kevin E. Vance_*
Kevin E. Vance, Esq.
Florida Bar No.: 670464
**DUANE MORRIS LLP**
Boca Center Tower II
5100 Town Center Circle, Suite 400
Boca Raton, FL 33486-1008
Tel: 561-962-2108
kevance@duanemorris.com
*Counsel for Defendant*

DM2\303614350.1