**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-CV-27366-WILLIAMS/LOUIS**

KARLA RIVERA CONTRERAS, )
)
Plaintiff, )
)
v. )
)
DUTY FREE AMERICAS, INC. )
)
Defendant. )
_______________________________________)

**DEFENDANT'S NOTICE OF FILING STATE COURT RECORD**

Defendant DUTY FREE AMERICAS, INC. ("***DFA***"), by and through its undersigned counsel, and pursuant to the Court's Order of Referral and Notice of Court Practices and Procedures in Removal Cases (D.E. 4), hereby files the underlying State Court Record as follows:

1. Docket
2. 09/18/2026 Complaint
3. 09/18/2026 Civil Cover Sheet
4. 09/23/2026 Summons for Issuance
5. 09/25/2026 eSummons Issued
6. 09/30/2026 Notice of Filing Return of Service on Defendant
7. 10/19/2026 Defendant's Notice of Filing Notice of Removal to United States District Court.

Dated this 6th day of November, 2026

*/s/ Kevin E. Vance*

Kevin E. Vance, Esq.
Florida Bar No.: 670464
**DUANE MORRIS LLP**
Boca Center Tower II
5100 Town Center Circle, Suite 400
Boca Raton, FL 33486-1008
Tel: 561-962-2108
kevance@duanemorris.com
pnmendoza@duanemorris.com
mlchapski@duanemorris.com

*Counsel for Defendant*

DM2\303614863.1