MIAMI-DADE COUNTY

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER

FLORIDA'S CLERKS OF COURT AND COMPTROLLERS
Bring You
CCIS COMPREHENSIVE CASE INFORMATION SYSTEM

Kevin Vance

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 132026CA01906301GE01 [2026-019063-CA-01] | 09/18/2026 | | MIAMI-DADE | Discrimination - Employment or Other | Open Inactive | No | Yes |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| MANNO-SCHURR, VALERIE | JUDGE | | |
| Pollock, Brian H | ATTORNEY | | |
| Rivera Contreras, Karla | PLAINTIFF | POLLOCK, BRIAN HOWARD | 174742 |
| Duty Free Americas, Inc. | DEFENDANT | | |

Dockets   Viewable   Processing   Request   Requested   Not Viewable

Page : 1   ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 9 | 10/19/2026 | Notice of Removal to Federal Court<br><br>Volume: 35543 Page: 4460 Instrument Number: 20260715890 | 7 |
| | 8 | 09/30/2026 | Affidavit of Service<br>Duty Free Americas, Inc.<br>Party: Duty Free Americas, Inc. | 2 |
| | 5 | 09/25/2026 | Receipt:<br>Receipt#:3210098 Amt Paid:$10.00<br>Name:POLLOCK, BRIAN H<br>FAIRLAW FIRM 135 SAN LORENZO AVE, SUITE 770<br>CORAL GABLES FL 33146<br>Comment:<br>Allocation Code Quantity Unit Amount<br>3139-Summons Issue Fee 1 $10.00 $10.00<br>Tender Type:eFilings Tender Amt:$10.00<br>Receipt Date:09/25/2026<br>Register#:321 Cashier:EFilingUser<br>EFiling #:257666232 | |
| | 7 | 09/25/2026 | Electronic Summons Email Notification Sent<br>Brian H Pollock | |
| | 6 | 09/25/2026 | ESummons 20 Day Issued<br>Re: Index # 4.<br>Party: Duty Free Americas, Inc. | 2 |
| | 3 | 09/23/2026 | Receipt:<br>Receipt#:3180228 Amt Paid:$401.00<br>Name:POLLOCK, BRIAN H<br>FAIRLAW FIRM 135 SAN LORENZO AVE, SUITE 770<br>CORAL GABLES FL 33146<br>Comment:<br>Allocation Code Quantity Unit Amount<br>3100-Circuit Filing Fee 1 $401.00 $401.00<br>Tender Type:eFilings Tender Amt:$401.00<br>Receipt Date:09/23/2026<br>Register#:318 Cashier:EFilingUser<br>EFiling #:257422025 | |
| | 4 | 09/23/2026 | (M) 20 Day (C) Summons (Sub) Received | 2 |
| | 2 | 09/18/2026 | Complaint | 14 |
| | 1 | 09/18/2026 | Civil Cover Sheet - Claim Amount | 3 |

Judge Assignment History

Court Events

Financial Summary

Reopen History