IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA

KARLA RIVERA CONTRERAS,

Plaintiff,

vs.

DUTY FREE AMERICAS, INC.,

Defendant.
_______________________________/

CIRCUIT CIVIL DIVISON

CASE NO.: 2026-019063-CA-01

**THE STATE OF FLORIDA:**
**To All and Singular Sheriffs of said State:**

**YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint or Petition in this action, and a copy of the Requests for Production on Defendant:

**Duty Free Americas, Inc.**
**c/o David Taney, its Registered Agent**
**6100 Hollywood Blvd., 7th Floor**
**Hollywood, FL 33024**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Ave., Ste. 770
Coral Gables, FL 33146
(305) 230-4884
brian@fairlawattorney.com

within 20 days after service of this Summons on the Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorneys or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**WITNESS** my hand and the Seal of said Court on this 9/25/2026, 2024.

JUAN FERNANDEZ-BARQUIN, CLERK OF COURT

307965

By: _______________________
Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you don not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know any attorney, you may call an attorney referral service or legal aid office (listed in the phone book.)

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonica no lo protegra. Si usted desea que el tribunal cons Fidere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes intersadas, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puedo usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puedo llamar a una de las oficinas de assistencia legal que aparencen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal debera usted enviar por correo o entregar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avex 20 dours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, botre argent., et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieru du tribunal. II y a d'autres obligations juridiques et bous pouvez requerir les services immdiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuarie de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expendier une copie de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## AMERICANS WITH DISABILITIES ACT OF 1990

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE COURT ADA COORDINATOR ON LATER THAN SEVEN (7) DAYS PRIOR TO THE PROCEEDING. TELEPHONE THE COURT FOR ASSISTANCE AT (305) 305-349-7175 or (305) 349-7174; HEARING IMPAIRED CALL TDD AT (305) 375-2007.