IN THE ELEVENTH JUDICIAL CIRCUIT COURT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

KARLA RIVERA CONTRERAS, CIVIL DIVISION

Plaintiff, CASE NO: 2026-019063-CA-01 (CA25)

vs.

DUTY FREE AMERICAS, INC.,

Defendant.
_________________________________/

**NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT**

Plaintiff, Karla Rivera Contreras, notices the Court and all parties of the filing of the Service of Affidavit of Service on Defendant, Duty Free Americas, Inc., on September 29, 2026, and HEREBY CERTIFIES that a true and correct copy of the foregoing was served by eFiling on this 30th day of September 2026, which will serve all who appeared in this action.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*

# RETURN OF SERVICE

**State of Florida** **County of Miami-Dade** **11th Judicial Circuit Court**

Case Number: 2026-019063-CA-01

Plaintiff:
**KARLA RIVERA CONTRERAS**

vs.

Defendant:
**DUTY FREE AMERICAS, INC.**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 25th day of September, 2026 at 5:59 pm to be served on **Duty Free Americas, Inc. by serving its Registered Agent David Taney, 6100 Hollywood Blvd., 7th Floor, Hollywood, FL 33024**.

I, Ernesto Avila, do hereby affirm that on the **29th day of September, 2026** at **1:40 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **David Taney** as **Registered Agent** at the address of: **6100 Hollywood Blvd., 7th Floor, Hollywood, FL 33024** on behalf of **Duty Free Americas, Inc.**, and informed said person of the contents therein, in compliance with state statute 48.081(3)(a).

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: Caucasian, Height: 6'2", Weight: 230, Hair: Salt & Pepper, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

9/29/2026
**Date**

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026001226

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e