Filing # 259534295 E-Filed 10/19/2026 04:16:39 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI DADE COUNTY, FLORIDA

Case No. 2026-019063-CA-01

KARLA RIVERA CONTRERAS,

Plaintiff,

v.

DUTY FREE AMERICAS, INC.,

Defendant.

**DEFENDANT'S NOTICE OF FILING**
**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

**TO: Clerk of the Circuit Court**

You are hereby notified that Defendant DUTY FREE AMERICAS, INC. has this day filed a Notice of Removal in this action, which was previously pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, in the United States District Court, Southern District of Florida. A true and correct copy of the Notice of Removal (without attachments) is attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that the filing of Defendant's Notice of Removal in the United States District Court, together with the filing of said Notice with this Court, effects the removal of this action, and this Court may proceed no further in the above-captioned action unless and until the matter is remanded. 28 U.S.C. § 1446(d).

Dated this 19th day of October, 2026

*/s/ Kevin E. Vance*

Kevin E. Vance, Esq.
Florida Bar No.: 670464
**DUANE MORRIS LLP**
Boca Center Tower II
5100 Town Center Circle, Suite 400
Boca Raton, FL 33486-1008
Tel: 561-962-2108
kevance@duanemorris.com
pnmendoza@duanemorris.com
mlchapski@duanemorris.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 19th day of October, 2026 with the Clerk of the Circuit Court using the Florida ePortal and was served via an automatic email generated by the Portal upon all counsel of record.

*/s/ Kevin E. Vance*
Kevin E. Vance, Esq.

DM2\303516965.1

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-CV-27366**

KARLA RIVERA CONTRERAS, )
)
Plaintiff, )
)
v. )
)
DUTY FREE AMERICAS, INC. )
)
Defendant. )
)

## NOTICE OF REMOVAL

Defendant DUTY FREE AMERICAS, INC. ("***DFA***" or "***Defendant***"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and with full reservation of all defenses, files this Notice of Removal from the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida to this Court for the proceeding styled as *Karla Rivera Contreras v. Duty Free Americas, Inc.* and assigned Case No. 2026-019063-CA-01. In support of this Notice of Removal, DFA states as follows:

1. The removing party is the Defendant in the above-styled action.

2. On September 18, 2026, Plaintiff Karla Rivera Contreras ("***Rivera***") filed a Complaint in the Eleventh Judicial Circuit in and for Miami Dade County, Florida styled as *Karla Rivera Contreras v. Duty Free Americas, Inc.* and assigned Case No. 2026-019063-CA-01 (the "***State Court Action***"). The State Court Action is therefore pending within the jurisdictional confines of this District. A copy of the Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

3. Plaintiff served a copy of the Summons and Complaint on DFA on September 29, 2026. Copies of the docket and all other filings in the State Court Action are attached hereto as **Exhibit B**.

4. Plaintiff brings four causes of action against DFA. Count I is split into two claims alleging violations of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e, et seq. ("***Title VII***"). Count IA asserts a claim of Sex Discrimination (Sexual Harassment/Hostile Work Environment) in violation of Title VII and Count IB asserts a claim of Retaliation in violation of Title VII. Plaintiff's remaining two causes of action are similarly split and are brought under the Florida Civil Rights Act (Fla. Stat. §§ 760.01, et seq.) ("***FCRA***"). Under Count IIA, Plaintiff asserts a claim of Sex Discrimination (Sexual Harassment/Hostile Work Environment) in violation of the FCRA. Under Count IIB, Plaintiff asserts a claim of Retaliation in violation of the FCRA.

5. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida and served on Plaintiff.

6. DFA does not waive any available defenses.

7. This Notice of Removal is accompanied by the required filing fee of $405.00.

**A. The Removal is Timely**

8. An action is timely removed when it has been removed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1). As noted above, DFA first received a copy of the State Court Action on September 29, 2026. Accordingly, thirty days have not yet expired since the action became removable to this Court.

Case 1:26-cv-27366-XXXX Document 1 Entered on FLSD Docket 10/26/2026 Page 6 of 7

DFA has not filed any pleadings in this matter, or taken any action whatsoever since the cause herein became removable, except to file this Notice of Removal.

**B. Removal is Proper on the Grounds of Federal Question**

9. This Court has original jurisdiction over this civil action because two of the four causes of action alleged by Plaintiff arise under the laws of the United States (Title VII). Accordingly, the Court has original jurisdiction over this lawsuit under 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10. Removal is therefore proper under 28 U.S.C. § 1441(a), as the case is within the Court's original jurisdiction conferred under 28 U.S.C. § 1331.

11. Plaintiff asserts two additional counts that arise under the laws of the State of Florida. Specifically, the FCRA. Those counts do not arise under federal law, but they are within the Court's supplemental jurisdiction under 28 U.S.C. § 1367 because those claims are related to the federal claims.

WHEREFORE, Defendant DUTY FREE AMERICAS, INC. respectfully removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida to this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

Dated this 19th day of October, 2026

*/s/ Kevin E. Vance*

Kevin E. Vance, Esq.
Florida Bar No.: 670464
**DUANE MORRIS LLP**
Boca Center Tower II
5100 Town Center Circle, Suite 400
Boca Raton, FL 33486-1008
Tel: 561-962-2108
kevance@duanemorris.com
pnmendoza@duanemorris.com
mlchapski@duanemorris.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal was served, via electronic mail, this 19th day of October, 2026, upon:

Brian H. Pollock, Esq.
Katelyn Schickman, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
katie@fairlawattorney.com
*Counsel for Plaintiff*

*/s/ Kevin E. Vance*
Kevin E. Vance, Esq.

DM2\303516161.1