**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-CV-27366-WILLIAMS/LOUIS**

KARLA RIVERA CONTRERAS,

Plaintiff,

v.

DUTY FREE AMERICAS, INC.

Defendant.

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant DUTY FREE AMERICAS, INC. ("***DFA***"), by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, makes the following disclosures:

DFA is a corporation with its principal place of business located in Hollywood, Florida. No publicly held corporation owns 10% or more of DFA's stock.

Dated this 6th day of November, 2026

*/s/ Kevin E. Vance*

Kevin E. Vance, Esq.
Florida Bar No.: 670464
**DUANE MORRIS LLP**
Boca Center Tower II
5100 Town Center Circle, Suite 400
Boca Raton, FL 33486-1008
Tel: 561-962-2108
kevance@duanemorris.com
*Counsel for Defendant*

DM2\303615009.1