UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-27366-WILLIAMS/LOUIS

KARLA RIVERA CONTRERAS,

Plaintiff,

vs.

DUTY FREE AMERICAS, INC.,

Defendant.
______________________________/

**SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

THIS MATTER is set for trial for the week of November 13, 2028. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| **December 11, 2026** | The Parties shall furnish their initial disclosures pursuant to ed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| **February 11, 2027** | The Parties shall file motions to amend pleadings or join Parties. |
| **April 9, 2027** | Plaintiff shall disclose experts, expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| **April 9, 2027** | Defendant shall disclose experts. Expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| **May 7, 2027** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| **June 11, 2027** | The Parties shall complete all discovery, including expert discovery. |
| **August 27, 2027** | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and *Aubert v. Merrel Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any other basis. |
| **August 27, 2027** | The Parties shall each file one motion in limine. All motions in limine must be filed at least six (6) weeks before Calendar Call. |
| **October 29, 2027** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). |

The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). The Parties shall also submit their deposition designations.

Dated this 11th day of November 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*

s/Kevin E. Vance, Esq.
Kevin E. Vance, Esq.
Fla. Bar No.: 670464
KEVance@duanemorris.com
Duane Morris LLP
5100 Town Center Cir Suite 400, Boca Raton, FL 33486
(561) 962-2108
*Counsel for Defendant*